13

# United States District Court
# Eastern District Of Michigan

David Edward Hamilton    Plaintiff,

Smart Bus Company

Warren 37th District Court    Defendants

Case: 4:06-cv-13523
Assigned To: Gadola, Paul V
Referral Judge: Capel, Wallace
Filed: 08-04-2006 At 04:52 PM
CMP HAMILTON V. SMART BUS CO, ET AL
(TAM)

## Complant

Outline:  David Edward Hamilton is a native Detroiter, son of Walter Hamilton, a foreman at Chrysler Mack Stamping plant, band leader and early Motown and Fortune Record Company, pioneer of the Motown "Vamp", and Fortune Records recording artist, their first hit record. And the first son of my mother Fannie Mae Hamilton a housewife until my fourteenth birthday. She is a graduate of Wayne State University, class of 1997-8, after which time she moved back to Arkansas. It was a bad divorce, family court call for me to testify and I chose to live with my father, under the care of uncles and aunts in the Detroit area while my dad was on the road. The only living grandparents I had were my dad's father Jessie, the husband of one wife, with sixteen children, his wife was named Cora. Then they lived in Alabama, later moving to Texas. My grand ma on my mothers side was born a Taylor, she stayed in Arkansas, but most of her family members had moved north. After the divorce my mother moved finally with her second husband on the west side of Detroit. It was at this time I begun to have problems with the Taylor family feud. At the heart of a riot at Jackson Junior Highschool. I could run so fast they could never get me, so I did not realize it until much later. At southeastern High school my senior year I was setup by a teacher and then kicked out. I had good grades and was a

captain on the football team and track team, worked after school and song in a gospel group, and drove one of two cadillacs to school. The only time I got in trouble was when Walter Campbell attack my lunch plate at school we got in a fight, he was apart of the taylor family also. I did not get kicked out right away. The baseball coach came into the locker room and called me out of my name, I checked him, but did nit know the vice principle was hiding and apart of the trap. My Dad already knew from my friends something was wrong and stated he would remove me, so I did not try to fight the expulsion. One day on Drexcel street, in front of my aunts house, Larry Taylor, who went to southeastern Highschool; I knew him because he played on the team, at Southeastern. He said just out of no where to my cousin: "If I box David, and win you must go out with me". He went to get boxing gloves. My cousin stated he is harassing us everyday. So when he returned I asked him to stay away my cousin is married. He insisted I box him, and when he could not lay a hand on me and got tired of all the punches he went home. And started attacking me on the basketball courts, at bus stops, even at Kettering High school. A neighbor, and I were hired at Chrysler Lynch Road Assembly plant, our senior years. One day Larry Taylor, while I was sitting in the black and white cadillac, threw a engine starter into the back window. On my street in my neighbors driveway. It frightened me so bad that I followed him and hit him, with a hammer. Somebody on me street called the police who were also looking for him. Just as the police got there they saw me hit Larry with a hammer. He was trying to attack so he could get away. I was arrested for hitting him with a hammer. The case went before Judge Silvermen. Who found me guilty of aggravated assault, to which Larry's corner complained openly. In court it was just my Dad, and I. I was then put on two years probation. And continued my education at Wayne State University, College of Lifelong Learning. I had no other trouble out of Larry, who was a big guy, because of Nathanual Wilson, who was as big as Larry. The older brother of the who's driveway I was In. He was also a student at Wayne State University. One day the first day in a class, the teacher started saying you can write about anything but Jesus. You should leave now you will not pass this class. I was still singing in a gospel group, and had just preached a "trial sermon" . Hit with "de-ja vu" , I remember a minister said. "The devil has no new tricks". Walked out the class room. And continued my education at Bishop College, Dallas, Texas, in the fall of 1976. I was at the airport while Ike Turner fought with Tina. I had on a whit military type

2

walking suit purchased at 'Gilbert's Clothes'. I was ashamed but did not know who they were. Just asked,..."Hey man, what are you doing ?" He stopped I got in a cab. The reason I bring this up ? I remember sometime later I guy walked up to me and said, "Judge Silverman is dead !" I heard it but nothing registered at the time. I still don't know if he is dead. But know if what I heard it true then John Kennedy Junior died the same way. At Bishop College I kept inside my room or the class room. But the first time I made the dean's list. The troubles started again, so I started to carry a full load of classes to graduate in just two years. Doctor Sandy F. Ray, hired me, but so much happened before I could get there. He died before I could get there. My roommate in college had no money so I help him get home, started dating his sister. We got married, she had a child it was said the child was not mine, I never questioned. Got a Job working in a government plant outside Houston. I guy tried to set me on fire by poring mineral spirits all over me, but I co-worker there, who was from Michigan fought the guy and took his lighter before it was done. The wife then asked for a divorce she said I beat her up, it was not true so some kind away she got a illegal annulment. I was put in a holding pattern, therefore I gave my two week notice and moved back to Detroit. From 1963 to 1976, my address was 2169 Dickerson. Upon my return to Detroit, found that my address had been changed to my mothers address. In fact I was called a liar until I informed the police that I once worked at Cobo Hall, in a summer program. This was in 1980-1. My dad paid the taxes while I was in school. I returned fixed the house back up and a number of houses on the street. My Dad, who had a knew wife moved to his own house on Alter road. A neighbor who had just got out of jail lived with me on Dickerson. Because his mother who lived several doors down did not want him there. Anthony Hall, was his name. I was called to New York,

New York. I was a young man then, Dr. Sandy F. Ray, was gone, and so was my school Bishop, College. But the Dean of Religion, at Bishop College, while I was there , is now the pastor of the Cornerstone Baptist Church. And two seminaries offered me some form of a scholarship.

The people inviting me to New York City, then had no idea Dr. Sandy F. Ray, invited me to Cornerstone, and it was not clear what was going on. It was just clear that I was not leaving. So the attempt was to move me out of area's of concern. Why, some just wanted use of my car. They claimed it was not mine but my ex-wife. As long as no one knew I was in graduate school things were alright. Then my pastor in Detroit, after saying and acting like I meant nothing to him started requesting that I return to Detroit. I did return just to find out he did not want anything but just to claim, I was in New York , because his son was there too ! I returned to New York City. New York Theological Seminary, was trying to recall my scholarship after the then president retired, only the theologian and writer Norman Vincent Peal, offered good advice. I was trying to move from manual labor as income to ministry. When it was brought to my attention that Concord Baptist Church, and the Rev. Gardener Taylor, gave funding to the seminary. I had said nothing to anyone but knew he was a relative of my grandmother in the truest way. I went to his church and felt de-ja vu. He claimed he did not know I was even there. But you must answer the question how does the wife of the governor of Arkansas, become a elected official in another state ? I learned as a young man they were using tactics on me. Nothing could get a pulse out of any one until I did what was considered wrong and that without the benefit of a explanation. Antioch Baptist Church was without a pastor, I was called. Every minister I knew claimed they did not know me, I moved on not hurt. Started a church while working for the state of New York, in New York City. Started another family one thing I notice was that my telephone bill was at least $500.00 each month but no calls for me. I had not seen this since the 1960's. I made plans to move out of Brooklyn, to Queens where I worked. What was said : "All he wants is money; but the true was all they saw was money.  In seminary; I wrote outlines for other pastors in graduate schools. But they wanted me to sell them my sermons. But did not want anyone to hear me preach. The police I worked with were always hostile without cause at work. On day I heard this pastor preaching my sermon, word for word, so I started to do evangelism as I notice limitations imposed "threw supervision". Forced to work overtime for comp time no paid overtime and no raise, or chance of promotion. I transferred back to field duty made to sit at the desk for several weeks. Made to go to the field with a woman who was at one time a provisional supervisor. An apartment was infested with roaches. It was child

welfare work it was something wrong at the apartment. I wanted to remove the child and have the social workers deal with the problems. This woman, with roaches all over her, disagreed and was trying to create a seen with me. It was de-ja vu when she said to me," go to the car and wait for me", I did. Later she wanted to come to my house to use the bathroom. The next day I went to do evangelism around the corner from the church where I was as they call it caught in the cross fire. Shot in both eyes, mouth and head. In a small project right behind a church, across from a police station, September, 1992. I was refused to accept my condition and made plans ahead of time by writing several books. Because I maintain control I was put out of my home as a danger to my children I was told. Before the towers fell, or was even bombed the first time and before wedding, to stay in graduate school. I lived at 510 Atlantic Avenue, Brooklyn. My car was stolen while I lived there. I made a police report. On the wall at the station was a picture of a terrorist, who live at 510 Atlantic Avenue. I told the police. Coming from the doctors office in med town I saw this guy again, rather he saw me. He and another arab guy were saying right in front of the mayor's mansion what was going to happen next. He said come here I would not. He walked with me. In the conversation I mentioned 510 Atlantic Avenue. He did not realize I was on my way to 'One Police Plaza'. He pulled out a long knife in front of 'one police plaza'. There was no police as I ran in, the arab guy stood outside with his face on the glass trying to see what kind of place it was. I was very ill, and told the police they did nothing but told me to go. They could not hear me. I told them it was trouble on the subway train and all passengers were given passes for another train. When I would not go out they tried pushing me out, bent over I held on to the desk. I was handcuffed, taken to the bull pen and beaten until I had to be hospitalized. Took out of the hospital and put in jail for seven days, made to plea guilty cause I was in pain. Ems, took me to Long Island Hospital, in brooklyn for another seven days. I called 911, and told them exactly what was going to happen. I may as well have been talking to a crack addict. I understood Jesus , so much better. This was in 1995-6. The doctor said If I did not take it easy I will suffer nerve damage. The light house Inc. gave me a blind cane and a regular cane. I carried both of them. After the towers fell I tried to look like I was not blind. My sister who is a nurse brought me a cane that allows me to do both with one cane. It has a brass horsehead handle, and comes to a tip like a pool stick. Returned to Detroit, my house at 2169 Dickerson was not livible so I stayed for the first time since 1968, with my mother at 19776 Mansfield, too sick to do anything.

5

At this time I was under the care of Doctor Berman as 'eye specialist' and Doctor Simons, HMO. "Jewish Board", help direct me to natural medications, for when I ran out of New York City pharmaceuticals. The most important ? 'Morphine' for pain after surgery. Coming down the stairs at 510 Atlantic Avenue, Brooklyn, I was also stabbed in the back of the head, there is proof of this in police and medical reports, L.I.C. Hospital Brooklyn. Injured at work left me able to walk but not run filed workmen's comp, but nothing ever happen, because I fell also on a sewer grate that was not locked down, from crossing the street in front of the building where I worked. So I let it go, and when I was able went back to work. Now that I got that recorded. From getting shot, one pellet from a bullet in the right eye destroyed the right eye. And the pellet from the bullet in the left eye created a hole in the 'macular'. Surgery could not remove the 9mm pellet's, from each eye. Another bullet pellet hit in the mouth, and another tore through the scalp, in combination crushing cartilage in the neck, and a num area in the upper back. I came to Detroit with severe arthritis and atrophy. With a list of specialist from the Doctor. I found myself at the Kresge Eye Institute. Doctor Puklin, After all of the testing , I had my fill , and rested. My mother moved to Arkansas, and I moved to 5317 Chalmers, where friends and neibors help me loose a great deal of weight, and walk again. Here I found that a great number of the people who helped were victims of still unsolved crimes, which included Anthony Hall, and Verna Gholston. My house at 2169 Dickerson, was some how put back on the market, and my Dad , Walter Hamilton, took his money for medical treatment for cancer, and actually repurchased the house. Collins Realty collected the mortgage, through Manufactures bank, but failed to pay the taxes. Wayne County was contacted and H.P.D., The house was not occupied. I had doors , windows, and busted pipes removed. And repaired stairs to the basement, so the furnace could be repaired. Then HPD, changed their position and asked me for ten thousand dollars for the house. When I complained they sent eviction notice to the house. The house was dry and insolation was returned to the attic. The back yard was clean, all documented. It was torn down, while eye sores to this day remain erect. Unable to keep doctors appointments by taxi, because I could not afford it. I took the bus. The workman's comp case was found three or four years later, one year after the 1992, shooting. It was paid in hopes of adding the eyes to it, I refused and a case is in court in the New York Court. At some point , from moving house to house a storage unit was rented and with the help of others important materials were collected and placed in the unit at Whitcomb and

6

John R, in Madison Heights, Michigan. I found the outline and Pages of a book wrote in 1985. Had it redone by 'Allen Secretary Services' in Eastpoint, Michigan. It needed proof reading and was also placed in storage, and a copy sent to the copyright office in Washington, D. C.,. Around the time of the eviction. When I started asking questions about the sudden death of friends and family, the storage unit was found broken into, was told I may have left the lock opened. I was only able to stand for around a half hour, but I could walk it was not safe walking I was always falling from a crack uplift in the side walk. The doctor reminded me I needed therapy. Not another sports doctor, I needed something where I controlled the time frame. Why ? To this day I can tell you when the weather was changing , when it was going to rain, and only came out on the hottest days. I have a god-daughter who is a doctor, a sister who is a nurse and another sister who is a nurse tech.

It was safer for me to travel out side of Detroit from east side to west side because it was never a crowd, and always a place to sit down. I also knew people in Troy, and Eastpoint. Once I worked at 'General Electric' in Warren, Michigan; back in 1972-3. I received a advertisement from Bally's Total Fitness, and inquired about a membership. All I wanted to do was sit in the 'steam room' and sauna. At the time they offered no other options outside a lifetime membership. At the orientation I was put on a machine that caused injury to my right leg for about six weeks. Because I already had a condition did not then complain nor had a intent to complain. The agreed monthly payment was for $127.00 a month for two membership, one for my assistant. There were problems that I simply reported to management. Payments automatic from checking account, the only payment from the checking account. Ball's attempted to make two inquiries, so payments were made by money order. Several social security checks were stolen six month earlier paid in July. And the present post office box is used. Bally's called and wanted to know why ? August 7th, it was a very hot day, a saturday. I took the Chalmers bus to the end of the line and then the 615 smart bus to Macomb Mall, and the 780 to Oakland Mall. Then walking to Premium Self Storage. The 610-5 goes thru 'Grosse Point'. No one would notice me. That day I had on my thick gold rope-chain with star of David, pendant with six diamonds; A Buliva gold watch with diamond and a gold ring. I use them for emergency pawn.

7

August the Seventh, must have been the hottest day of the year, travel was designed to spend less time expose to the heat. Leaving the storage unit got on the bus a Whitcomb and John R, the bus stop is directly across the street from 'Seven-Eleven',. The 495-John R, came at about 12:7 p.m.,. We reached the 710- Nine mile bus intersection at about 1:oo p.m.. The bus came before we arrived by seconds. I crossed John R, and entered 'Rite Aid Drug Store', for peanuts with salt, and walked back to the bus stop. There were several men waiting at the bus stop they had "D. O. T." transfers. They kept asking questions and I tried not to respond, I had almost 300.00 dollars. After waiting about an hour according to my watch, the men cross the street to 'Mc Donald's', I stayed at the bus stop. The heat felt good due to my condition. It was a bench there but I never sat down that day , the cars were moving fast and close. I had a 'red Nike bag', with a black bottom ; the red is about 80 % of the bag. Another group of guys came to the stop and said the bus was late it should be here right now. They repeated bumping my bag to see what was in it, took my scope right out of my hand. I was not sure but felt two of the three men got on at 'Whitcomb' like me. They were loud and took turns looking down the street with my scope, to make sure if the bus came they were not at "Mc Donald's",. After 3:45 a bus came but stopped at the Masa Hotel, driveway and let some people off. The crowd was mad, so I walked a few feet away from the bus stop, and tried to call the bus company on my cellular phone. There was just a automated answer. After 5:00 p. m., about 5:20 p. m., the bus came. My bus transfer expired at six. IF THE 710 COULD GET TO 'EASTLAND' BEFORE 6: 00 P.M.,. At the Mall I could just pay 25 cents, but it was no way she could get there at that time. So I got on and asked for a up-to-time transfer. The bus was standing still, the second three guys got on before me none of them paid a fair, but showed the driver something. When I asked for a new transfer she said: "You got a dam gold chain, you can afford to pay another fair"..., I went to turn back off the bus, she shut the doors as people past by me and speeded off. Before the bus got to the Dairy Queen bus stop I asked to get off, the bus was leaning down and it was difficult to stand with my bag on one arm and cane in the other. I dropped the bag to grab hold. Then placed the bag over the front right wheel and sat down in the handicap section on the front left side of the bus. Once the doors closed I said nothing because it was difficult to adjust to the extreme cold 'air conditioning', I was the last to sit down. There was a continuous boom every

3 to 4 seconds several people were talking about what had just happened I was still shaking. A white guy sitting across from me said the bus driver is talking to you. I told him I did not want to because I did not know him or the bus driver. And moved over to the right two sits. An elderly white woman asked me was I O.K. ? I told her and she gave me her senior citizens transfer. The bus driver then address me. I told her I asked to get off the bus, and did not want to talk. She asked me; "What do you think the problem with the bus is ? I said your union can not strike so the riders the customers are punished only three disagreed, they did not pay but were now in my face. And It was clear the driver knew them. She then said "Shut up or get off my bus", I said to her "you can't do that", she speeded up and tried to make me get off the bus in a area where was no addresses to call for a cab, and no sidewalk. I asked her to call the police, and asked the police to take down the names of everyone on the bus. At no time did I ever get up out my seat, because a woman, the same woman that showed up to court said; "Oh no it was not suppose to go like this".... The police was there in like two minutes, they did not ask what had taken place on the bus, and against my request took no names after I told them,' I am blind !'. I said to them I have no idea where I am exactly, and asked would they help me get home. I sat there waiting on them to help me get off the bus, or take down some names they did not. They did however take down a woman's name who was sitting far back on the bus. She could only see where she was seated. But commented only after the bus sat for one moment what should be done about it, not that it was illegal. I told the police I could not move, he cut me off, and said if I did not get off the bus I will be arrested. So as I asked for the name of the man across from me, who started the whole thing, the cops grabbed me, and took me off the bus after handcuffs. They threw me into the police car face down and took me to jail. They finger printed me and were very mean. After checking records for crimes they came and told me if I paid the fine as bond, I could go, but after I did so they found a thirty year old warrant from 'child support', I explained to them I could not eat the food and needed my medications. They had 'Wayne County' pick me up, they gave medication for pain. Monday mourning they let me go saying they were sorry. Warren gave no court date or case information. I called Warren for the court date, the clerk said 'none was issued call back or look for a notice in the mail. When the court date was issued the Judge was not there, and I was given the wrong time. I never recovered from the

9

arrest.

I was under stress from missing dental and clinical appointments at Beaumont Hospital Royal Oak, Michigan. I waited for a notice in the mail which never came. This went on for about a year. I was hospitalized after a long illness at Sinai Grace Hospital, with heart illness and diabetes mellitus. September, 2005. At the end of the month I went to the storage unit and found it broken into, called the police in Madison Heights, to make a report. The police said 'He does not think it was broken into', so I showed him. Rather than take my report, he took my I.D., and ran a check on me, finding another warrant on me from Warren. Took me to jail in front of everyone, like I had did some crime. A prisoner in another cell help me call my sister the next day, she posted a 500,00 dollar bond, thru 'Motor City Bail bondsmen', still no court day notice. I called Motor City every Monday, and Warren 37th District every week. One day I called Warren, and was told I missed the court date, this was friday, immediately went to the court and protested. Was told to turn myself into the police. The police said come back monday and turn yourself into the desk. I did so and went before the judge who was not the court case judge. He set the bond at 6000.oo dollars. That night they shipped me off to Macomb County Jail From thanksgiving to well after New Years Day. Before the correct judge explained my intent to sue. Was release against my owe court appointed attorney's wishes without a bond. He argued I did not have a witness, I argued I had proof, she saw the elderly woman hand me a transfer and was angry cause she was white. And called herself setting me up not to use the transfer. This is how I see it, she was not really in control 'power to the people' as it should be. I don't need to drink to be kind to other people. From the time I was released I waited five days and went to get the court date from the clerk in writing. The court appointed attorney changed the court date the first time and never called me. Never acknowledged that he received the evidence sent to him, that proved, I had no reason to confront the bus driver about anything. At the first hearing, after jail the judge changed the charge, I feel because the outside information was unfounded. My then lawyer did protest but never asked for a dismissal. And after he adjourned the case later quit the case. And failed to serve notice to his client, appointed by the court. So case number w044610, took place without a lawyer at the request of the Judge. I protested because I was :

Never informed of the evidence against me.

10

The accuser had no witnesses
The court kept no record of the trail
The judge continued to asked the defendant to speak into the mic, when the defendant could not see a mic spoke louder
The plaintiff's lawyer lead the judge, by saying he's guilty continuously asdefendant spoke
The constitution declares my right to free speech
Public Law101-336, Sec. 503 assures I have the right to take this action
I am disabled, wear glasses for the blind and carry a cane or two in new areas
The plaintiff never supported her accusations in writing
The police never asked for a explanation from the driver

Lost Income and Cost: $300.00 toward medical and dental used for jail related expenses 600 dollars bond money. Lost of original home at 2169 Dickerson and funding worth about 27,000 dollars. Lost of publication date contract worth about 25,000 dollars and cost for revisions. 370. in disregarded diabetic medication. Lost of apartment due to non-payment of rent. to new home owners at 5317 Chalmers, and property's lost while jailed. All damages exceed 100,000, due to current homelessness. Exhausted, unable to take action in other matters. Priceless time lost and lost information worth millions to a blind man.

The cascade question of my honesty and unethical exploitation of employment against the handicap. And the feeling you do not exist without a 'wheel chair'.

At court the last trial it was learned she was a Ms. Taylor requesting Technical assistance Sec. 506

The Attorney that quit name is Goroge Keller, of Mt. Clemins Mi.

The Judge - Dawn Greenburg / 8300Common Road, Warren, Mi.

Signature of Plaintiff

Mailing Address: P. O. Box 675

Roseville, Michigan 48066

Phone: 313 729-9048

DATE: August 4 2006

JS 44 (Rev. 11/04) **CIVIL COVER SHEET** County in which this action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
HAMILTON, DAVID EDWARD

**(b)** County of Residence of First Listed Plaintiff: WAYNE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

### DEFENDANTS
SMART BUS Company
City of WARREN

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

Case: 4:06-cv-13523
Assigned To: Gadola, Paul V
Referral Judge: Capel, Wallace
Filed: 08-04-2006 At 04:52 PM
CMP HAMILTON V. SMART BUS CO, ET AL
(TAM)

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☑ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☑ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Public Law 101-336 Sec. 502-506
Brief description of cause: False Imprisonment, lost of living arrangements, lost of property

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 900,000 plus
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
WARREN, 37th District (See instructions):
JUDGE GREENBURG, DAWN M.
DOCKET NUMBER W04461D

DATE August 4th, 2006
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: _____